```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MOONBUG ENTERTAINMENT LIMITED and       :    22cv2395 (DLC)
TREASURE STUDIO INC.,                   :
                                        :        ORDER
                    Plaintiffs,         :
                                        :
          -v-                           :
                                        :
ALLMALL et al.,                         :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X

----------------------------------------X
                                        :
MOONBUG ENTERTAINMENT LIMITED and       :    22cv2397 (DLC)
TREASURE STUDIO INC.,                   :
                                        :
                    Plaintiffs,         :
                                        :
          -v-                           :
                                        :
ANMELON et al.,                         :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

A telephonic preliminary injunction hearing was held on April 15, 2022. The defendants in the above captioned actions did not appear. As set forth on the record, it is hereby

ORDERED that the plaintiffs shall file by **May 27, 2022** motions for entry of a default as to any defendants that have failed to appear.

IT IS FURTHER ORDERED that a default judgment hearing will be held telephonically on **June 10, 2022** at **11:00 a.m.** Failure of a defendant to appear will result in entry of a default or a default judgment.

IT IS FURTHER ORDERED that the parties shall use the following dial-in credentials for the conference.

          Dial-in:       888-363-4749
          Access code:   4324948

The parties shall use a landline if one is available.

IT IS FURTHER ORDERED that the plaintiffs shall serve this Order and the underlying papers on the defendants on or before **May 27, 2022.**

    SO ORDERED:

Dated:   New York, New York
         April 15, 2022

                                   _____
                                            DENISE COTE
                                   United States District Judge